UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL T. CLARKE (#337576)

VERSUS

STEVE RADER

CIVIL ACTION

NO. 10-308-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 20, 2012 (doc. no. 21). The plaintiff has filed an objection which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DENIED as untimely.

Baton Rouge, Louisiana, this 17th day of February, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA